# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-142
_____

AMOS LABRANCHE,

Appellant,

v.

SCHUMACHER/FFVA MUTUAL INS,

Appellees.

_____

On appeal from an order of the Office of the Judges of Compensation Claims.
Thomas A. Hedler, Judge.

Date of Accident: June 19, 2018.

September 24, 2021

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Amos Labranche, pro se, Appellant.

Kimberly J. Fernandes, Tallahassee; Amy Siegel Oran, West Palm Beach, for Appellees.